David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, EDWARD B. CALVILLO*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. CALVILLO, | Case No. 2:17-cv-02056-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION AS TO CENLAR FEDERAL SAVINGS BANK ONLY** |
| CENLAR FEDERAL SAVINGS BANK; NATIONSTAR MORTGAGE LLC; EQUIFAX INFORMATION SERVICES, LLC, | |
| | ECF No. 18 |
| Defendants. | |

Plaintiff EDWARD B. CALVILLO and Defendant CENLAR FEDERAL SAVINGS BANK hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CENLAR FEDERAL SAVINGS BANK**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: December 21, 2017

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Andrew A. Bao, Esq.<br>Andrew A. Bao, Esq.<br>Wolfe & Wyman LLP<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>*Attorney for Defendant CENLAR FEDERAL SAVINGS BANK* |

## ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, and because the dismissal of the claims against lone remaining defendant Cenlar Federal Savings Bank leaves no claim remaining, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
December 21, 2017